UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

REC'D MAY 24

SHANICQUA BRYANT

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

BEST BUY IMPORTS

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | SHANICQUA BRYANT |
| --- | --- | --- |
| | Street Address | 2704 WALNUT RIDGE ESTATES |
| | County, City | MONTGOMERY, POTTSTOWN |
| | State & Zip Code | PENNSYLVANIA, 19464 |
| | Telephone Number | 484-366-6787 |

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __BEST BUY IMPORTS__
Street Address __6832 FRANKFORD AVENUE__
County, City __PHILADELPHIA, PHILADELPHIA__
State & Zip Code __PENNSYLVANIA, 19135__

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  ~~What is the basis for~~ federal court jurisdiction? *(check all that apply)*
    (Ⓠ  Federal Questions)         Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __FEDERAL TRADE COMMISSION REGULATIONS__
    _____
    _____

Rev. 10/2009                                 - 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.   Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? **PHILADELPHIA BEST BUY INPORTS**

B.  What date and approximate time did the events giving rise to your claim(s) occur? **JANUARY 10, 2023**

C.  Facts: **PLEASE SEE ATTACHED COMPLAINT**

[Side boxes: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

IV.     **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   NO PHYSICAL / FINANCIAL

V.      **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

DAMAGES IN THE AMOUNT OF $36,525.000

FRAUD AND MISREPRESENTATION IN VIOALTION OF CONSUMER PROTECTION LAWS

MISSED WAGES AND FUTURE WAGES

FORGERY

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of May, 2023

Signature of Plaintiff **S Bryant**
Mailing Address 2704 Walnut Ridge Est
Pottstown PA 19464
Telephone Number 484-366-6787
Fax Number *(if you have one)* _____
E-mail Address nicqua8312@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

SHANICQUA BRYANT

V.

BEST BUY IMPORTS

## COMPLAINT

On January 10, 2023 I Shanicqua Bryant purchased a vehicle from Best Buy Imports location 6832 Frankford ave. Philadelphia Pennsylvania 19135.

Best Buy Imports violated many regulations in the Federal Trade Commission concerning consumer rights on vehicle purchases. They also forged a check to PENNDOT for fees that I was unaware of causing the vehicle to have no valid registration. I gave them $4000.00 cash down payment. The car has big dent but no accidents were reported to me that day at the dealership. I called the dealership numerous times, the first only 2 days of having vehicle and talked to Steve and told him I was not happy at all about how the car was running and that I had to already put money to get brakes and other things done to car. I also complained to finance company about their deceptive practices once I found out from finance company that this car would cost me almost $28, 000.00, Steve did not tell me nor explain that key point. There was no price on car, I did not pick out car, they simply said that was the car that I qualified for.

Steve who sold me the car was fired for unknown reasons and every time I have called this dealership to get answers I have been hung up on and emails have gone unanswered and when given notice of intent to sue there has been no response.

I am unable to work because is not legally registered, they took my money and did not pay taxes or registration fees and also for lost wages.

I would like to recover damages in the amount of $36,525.00

*Shanicqua Bryant*
5-04-23