IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANICQUA BRYANT,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BEST BUY IMPORTS,<br>　　　　　　　　Defendant. | CIVIL ACTION<br><br><br>NO. 23-2026 |

### ORDER

**AND NOW**, this 24th day of August, 2023, upon consideration of Plaintiff's Motion to Proceed *In Forma Pauperis*, (ECF No. 1), and Complaint (ECF No. 2), **IT IS ORDERED** that:

1. Leave to proceed *in forma pauperis*, (ECF No. 1), is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Bryant's Complaint is **DISMISSED** as follows:

    a. Bryant's federal claim pursuant to the Federal Trade Commission Act is **DISMISSED WITH PREJUDICE**; and,

    b. Bryant's state law claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court shall **CLOSE** this case.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**